IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. JFM-02-0201 |
| | * | Civil No. JFM-07-2985 |
| | * | |
| JAMES WILKES | * | |
| | ***** | |

ORDER

For the reason stated in the accompanying memorandum, it is, this 26th day of August 2008

ORDERED that the motion filed by James Wilkes under 28 U.S.C. §2255 be denied.

                          ___/s/_____
                          J. Frederick Motz
                          United States District Judge